JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# Eastern Division

| | |
|---|---|
| LATOYA HILL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>Duvera Billing Services, LLC d/b/a EasyPay Finance and John Does 1-25, | Case No.: 5:19-cv-00062-CJC-SP<br><br>**The Hon. Cormac J. Carney**<br><br>**ORDER FOR CASE DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: 1/10/19 |

THE COURT having reviewed the Parties' Proposed Stipulation for

Dismissal with Prejudice, and being fully advised in the premises, DOES HEREBY

ORDER, that the Case is dismissed with prejudice with each party to bear their respective costs and fees

BY THE COURT:

March 13, 2019
**DATE:**  _____
              **The Hon. Cormac J. Carney**